UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
CENTURY SURETY COMPANY,                                           :
                                                                  :
                                      Plaintiff,                  :   17-CV-633 (JMF)
                                                                  :
                -v-                                               :
                                                                  :
RUKH ENTERPRISES, INC. et al.,                                    :
                                                                  :
                                      Defendants.                 :
                                                                  :
------------------------------------------------------------------X
                                                                  :
ADMIRAL INSURANCE COMPANY,                                        :
                                                                  :
                                      Plaintiff,                  :   17-CV-2418 (JMF)
                                                                  :
                -v-                                               :
                                                                  :
CENTURY SURETY COMPANY,                                           :   JUDGMENT & ORDER
                                                                  :
                                      Defendant.                  :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 3, 2020, the Court entered final judgment in favor of Century Surety Company and against Admiral Insurance Company ("Admiral"), Rukh Enterprises, Inc., Metropolitan Transit Authority, and Long Island Railroad. *See* ECF No. 143. That judgment applied with equal force to lead case No. 17-CV-633 and member case No. 17-CV-2418, which were consolidated for pre-trial purposes on June 16, 2017. *See* ECF No. 33. The final judgment, however, was not applied by the Clerk's Office to Case No. 17-CV-2418.[1]

---

[1] Admiral, although the plaintiff in Case No. 17-CV-2418, is not named as a defendant in Case No. 17-CV-633.

In light of the foregoing, the Court hereby EXTENDS the deadline to file a Notice of Appeal by 30 days from the date of this Order, *see* Fed. R. App. P. 4(a)(5), and enters final judgment in Case No. 17-CV-2418 in accordance with the March 3rd Judgment in lead Case No. 17-CV-633.

The Clerk of Court is directed to close Case No. 17-CV-2418.

SO ORDERED.

Dated: April 2, 2020
      New York, New York

JESSE M. FURMAN
United States District Judge