UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CENTURY SURETY COMPANY,

                Plaintiff,

                17-CV-0633 (JMF)

-v-

                ORDER

RUKH ENTERPRISES, INC. et al.,

                Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the mandate from the United States Court of Appeals for the Second Circuit, *see* ECF No. 150, the parties shall submit a joint letter by **November 11, 2021**, addressing the Second Circuit's decision and the next steps, if any, in this litigation.

        SO ORDERED.

Dated: October 28, 2021
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge