UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CENTURY SURETY COMPANY,                                            :
                                                                   :
                              Plaintiff,                           :
                                                                   :       17-CV-0633 (JMF)
                  -v-                                              :
                                                                   :       ORDER
RUKH ENTERPRISES, INC. et al.,                                     :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Due to a docketing error, the Court's October 28, 2021 Order, *see* ECF No. 151, was not entered in a timely manner. The joint letter addressing the Second Circuit's decision and the next steps, if any, in this litigation shall therefore be submitted by **November 29, 2021.**

      SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                           United States District Judge