UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CENTURY SURETY COMPANY, :
:
:
Plaintiff, :
: 17-CV-0633 (JMF)
-v- :
: ORDER
:
RUKH ENTERPRISES, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall contact the assigned Magistrate Judge no later than **December 16, 2021**, to schedule a settlement conference.

- The parties shall submit a joint letter no later than **February 15, 2022**, to provide a status update to the Court.

- Absent settlement, trial will begin on **May 24, 2022**.

SO ORDERED.

Dated: December 7, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge